IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** § § § | | |
| Plaintiff, § | Case No.: 1:21-cv-00633-MN | |
| § | | |
| vs. § | PATENT CASE | |
| § | | |
| **TICKETLEAP, INC.,** § § | | |
| Defendant. § § | | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" and/or "STI") hereby files this Response to the Court's Order to Show Cause dated July 13, 2021 [Doc. 6], and, for the reasons stated herein, respectfully requests that the Court not dismiss this action.

On April 30, 2021, Plaintiff filed its Complaint against Defendant Tickeatleap, Inc. ("Defendant" and/or "Ticketleap") [Doc 1].

Plaintiff has been attempting to serve the Defendant. Plaintiff initiated service on the Defendant at Defendant's registered address for service by certified mail, return receipt requested. As of today, Plaintiff is still waiting for confirmation that the Defendant has been served. Furthermore, through additional research, Plaintiff has located an additional address at which Plaintiff is attempting service.

In light of the foregoing, Plaintiff respectfully requests that the Court not dismiss this action and the Court provide Plaintiff with additional time to serve Defendant.

Dated August 25, 2021.	Respectfully Submitted,

*/s/David W. deBruin*
David W. deBruin, Esq. (#4846)
Gawthrop Greenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on August 25, 2021. Parties may access the foregoing through the Court's system.

                                                */s/draft*  
                                                **David W. deBruin, Esq.**