# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** § § § § | |
| Plaintiff, § | Case No.: 1:21-cv-00633-MN |
| § | |
| vs. § | PATENT CASE |
| § | |
| **TICKETLEAP, INC.,** § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" and/or "STI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant TicketLeap, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated November 30, 2021.                    Respectfully Submitted,

                                             */s/David W. deBruin*
                                             **David W. deBruin, Esq. (#4846)**
                                             **Gawthrop Greenwood, PC**
                                             3711 Kennett Pike, Suite 100
                                             Wilmington, DE 19807
                                             302-777-5353
                                             ddebruin@gawthrop.com

                                             **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on November 30, 2021.  Parties may access the foregoing through the Court's system.

                                               */s/David W. deBruin*
                                               **David W. deBruin, Esq.**